UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZINA SHANNON | CIVIL ACTION |
| VERSUS | NO. 24-2791 |
| HANDMAN LOFTS MILLENUN ET AL. | SECTION: "E"(1) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** for lack of subject-matter jurisdiction under 28 U.S.C. § 1915(e)(2)(B).

**New Orleans, Louisiana, this 10th day of March, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**